S. FRANK HARRELL – SBN 133437
sharrell@lynberg.com
PANCY LIN – SBN 239684
plin@lynberg.com
CHARIESE R. SOLORIO – SBN 309753
csolorio@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants, COUNTY OF ORANGE, ORANGE COUNTY SHERIFF-CORONER SANDRA HUTCHENS, JOCELYN LUMITAP, PATTI TROUT, MARIA TEOFILO, and THOMAS LE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK RUSSELL, as Personal Representative of the Estate of Patrick John Russell and individually; LYNNE RUSSELL, as Personal Representative of the Estate of Patrick John Russell and individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE; ORANGE COUNTY SHERIFF-CORONER SANDRA HUTCHENS, individually and in her official capacity; JOCELYN LUMITAP, individually; PATTI TROUT, individually; MARIA TEOFILO, individually; THOMAS LE, individually, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE No. 17-CV-00125-JLS (DFM)<br><br>*Assigned for All Purposes to:*<br>*Hon. Josephine L. Staton - Ctrm 10A*<br><br>**DEFENDANTS' PROPOSED SPECIAL VERDICT FORM**<br><br>Pre Trial Conf.: June 8, 2018<br>Time: 1:30 p.m.<br>Courtroom: 10A<br><br>*Trial Date:* July 3, 2018<br><br>*Complaint filed: January 24, 2017* |

/ / /

/ / /

/ / /

1
**DEFENDANTS' PROPOSED SPECIAL VERDICT FORM**

**TO THIS HONORABLE COURT, TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

Defendants COUNTY OF ORANGE, ORANGE COUNTY SHERIFF-CORONER SANDRA HUTCHENS, JOCELYN LUMITAP, PATTI TROUT, MARIA TEOFILO, and THOMAS LE hereby submit the attached proposed Special Verdict Form.

# SPECIAL VERDICT FORM

We, the jury in the above-entitled action, find the following special verdict on the questions submitted to us:

## QUESTION NUMBER 1

Were any of the following Defendants deliberately indifferent to Patrick John Russell's medical needs?

    Jocelyn Lumitap    Yes____ No ___

    Patti Trout    Yes____ No ___

    Maria Teofilo    Yes____ No ___

    Thomas Le    Yes____ No ___

If your answer to Question 1 is "No" as to all four individuals, your foreperson should sign and date this Special Verdict Form.

If your answer to Question 1 is "Yes" as to any individual, proceed to Question 2, and only answer Question 2 for that individual.

## QUESTION NUMBER 2

Was the conduct of any of the following Defendants plainly incompetent?

    Jocelyn Lumitap    Yes____ No ___

    Patti Trout    Yes____ No ___

    Maria Teofilo    Yes____ No ___

    Thomas Le    Yes____ No ___

If your answer to Question 2 is "No" as to all four individuals, skip Questions 3 and 4, and proceed to Question 5.

If your answer to Question 2 was "Yes" as to any individual, proceed to Question 3, and only answer Question 3 for those/that individual(s).

/ / /

/ / /

**QUESTION NUMBER 3**

Did any of the following Defendants knowingly violate the law regarding Patrick John Russell's constitutional rights?

    Jocelyn Lumitap    Yes____ No ____

    Patti Trout    Yes____ No ____

    Maria Teofilo    Yes____ No ____

    Thomas Le    Yes____ No ____

If your answer to Question 3 is "No" as to all four individuals, skip Question 4 and proceed to Question 5.

If your answer to Question 3 is "Yes" as to any individual, proceed to Question 4, and only answer Question 4 for those/that individual(s).

**QUESTION NUMBER 4**

Did any of the following Defendants have a reasonable belief that his or her actions did not violate Patrick John Russell's constitutional rights?

    Jocelyn Lumitap    Yes____ No ____

    Patti Trout    Yes____ No ____

    Maria Teofilo    Yes____ No ____

    Thomas Le    Yes____ No ____

Proceed to Question 5.

**QUESTION NUMBER 5**

Did any of the following Defendants fail to summon immediate medical care?

    Jocelyn Lumitap    Yes____ No ____

    Patti Trout    Yes____ No ____

    Maria Teofilo    Yes____ No ____

    Thomas Le    Yes____ No ____

**DEFENDANTS' PROPOSED SPECIAL VERDICT FORM**

If your answer to Questions 4 and 5 were "No" as to all four individuals, your foreperson should sign and date this Special Verdict Form.

If your answer to either Question 4 or 5 was "Yes" as to any individual, proceed to Question 6, and only answer Question 6 for those/that individual(s).

**QUESTION NUMBER 6**

Was the conduct of any individual a substantial factor in causing Plaintiffs' harm?

    Jocelyn Lumitap    Yes____  No ___
    Patti Trout    Yes____  No ___
    Maria Teofilo    Yes____  No ___
    Thomas Le    Yes____  No ___

If your answer to Question 6 was "No" as to all four individuals, your foreperson should sign and date this Special Verdict Form.

If your answer to Question 6 was "Yes" as to any individual, proceed to Question 7.

**QUESTION NUMBER 7**

Were Plaintiffs damaged as a result of the conduct of any of the Defendants?

    Patrick Russell  Yes _____No _____
    Lynne Russell  Yes _____No _____

If your answer to Question 7 was "No", your foreperson should sign and date this Special Verdict Form

If your answer to Question 7 for either Plaintiff was "Yes", proceed to Question 8.

**QUESTION NUMBER 8**

What is the amount of damages you award Plaintiffs?

$ _____

Your foreperson should now sign and date this Special Verdict Form.

DATED: _____

                                               **Foreperson**