**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**THE SEHAT LAW FIRM, PLC**
Cameron Sehat, Esq. (SBN 256535)
18881 Von Karman Ave., Ste. 850
Irvine, CA 92612
Telephone: (949) 825-5200
Facsimile: (949) 313-5001

*Attorneys for Plaintiffs*: Patrick Russell, and Lynne Russell, both individually, and as successors in interest to Patrick John Russell

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK RUSSELL, as Personal Representative of the Estate of Patrick John Russell and individually; LYNNE RUSSELL, as Personal Representative of the Estate of Patrick John Russell and individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF ORANGE; ORANGE COUNTY SHERIFF-CORONER SANDRA HUTCHENS, individually and in her official capacity; JOSELYN LUMITAP, individually; PATTI TROUT, individually; MARIA TEOFILO, individually; THOMAS LE, individually, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 17-CV-00125-JLS (DFM) <br><br> [*Honorable Josephine L. Staton*] <br><br> **PLAINTIFFS' [PROPOSED] SPECIAL VERDICT FORM** <br><br> FPTC: June 8, 2018 <br> Trial: July 3, 2018 |

## PROPOSED SPECIAL VERDICT FORM

**QUESTION 1:** Were any of the following Defendants deliberately indifferent to the medical needs of Mr. Russell?

| | | |
|---|---|---|
| Jocelyn Lumitap | YES _____ | NO _____ |
| Patti Trout | YES _____ | NO _____ |
| Maria Teofilo | YES _____ | NO _____ |
| Thomas Le, D.O. | YES _____ | NO _____ |

*If you answered "yes" as to any of the Defendants in Question 1, please answer Question 2 for those Defendants.*

*If you answered "no" as to all of the Defendants in Question 1, please answer Question 4.*

**QUESTION 2**: Was the deliberate indifference to the medical needs of Mr. Russell a cause of pre-death suffering and loss of enjoyment of life to Mr. Russell?

| | | |
|---|---|---|
| Jocelyn Lumitap | YES _____ | NO _____ |
| Patti Trout | YES _____ | NO _____ |
| Maria Teofilo | YES _____ | NO _____ |
| Thomas Le, D.O. | YES _____ | NO _____ |

*Please proceed to the next question.*

/ / /

/ / /

**QUESTION 3:** Was the deliberate indifference to the medical needs of Mr. Russell a cause of Mr. Russell's death?

| | | |
|---|---|---|
| Jocelyn Lumitap | YES _____ | NO _____ |
| Patti Trout | YES _____ | NO _____ |
| Maria Teofilo | YES _____ | NO _____ |
| Thomas Le, D.O. | YES _____ | NO _____ |

*Please proceed to the next question.*

**QUESTION 4:** Were any of the following Defendants negligent towards Mr. Russell?

| | | |
|---|---|---|
| Jocelyn Lumitap | YES _____ | NO _____ |
| Patti Trout | YES _____ | NO _____ |
| Maria Teofilo | YES _____ | NO _____ |
| Thomas Le, D.O. | YES _____ | NO _____ |

*If you answered "yes" to any of the Defendants in Questions 4, please answer Question 5 for those Defendants.*

*If you answered "no" as to all of the Defendants in Question 4, but answered "yes" as to any of the Defendants in Questions 2 or 3, please answer Question 6.*

/ / /
/ / /
/ / /

**QUESTION 5:** Was the negligence a cause of Mr. Russell's death?

| | | |
|---|---|---|
| Jocelyn Lumitap | YES _____ | NO _____ |
| Patti Trout | YES _____ | NO _____ |
| Maria Teofilo | YES _____ | NO _____ |
| Thomas Le, D.O. | YES _____ | NO _____ |

*Please proceed to the next question.*

**QUESTION 6:** Did any of the following Defendants fail to summon reasonable medical care for Mr. Russell?

| | | |
|---|---|---|
| Jocelyn Lumitap | YES _____ | NO _____ |
| Patti Trout | YES _____ | NO _____ |
| Maria Teofilo | YES _____ | NO _____ |
| Thomas Le, D.O. | YES _____ | NO _____ |

*If you answered "yes" as to any of the Defendants in Question 6, please answer Question 7 for those Defendants.*

*If you answered "no" as to all of the Defendants in Question 6, but answered "yes" as to any of the Defendants in Questions 2 or 3, please answer Question 8.*

*If you answered "no" as to all of the Defendants in Questions 2, 3, 5 and 6, please sign and return this form.*

**QUESTION 7:** Was the failure to summon reasonable medical care a substantial factor in causing Mr. Russell's death?

| | | |
|---|---|---|
| Jocelyn Lumitap | YES _____ | NO _____ |
| Patti Trout | YES _____ | NO _____ |
| Maria Teofilo | YES _____ | NO _____ |
| Thomas Le, D.O. | YES _____ | NO _____ |

*If you answered "yes" as to any of the Defendants in Questions 2 or 3, please answer Question 8.*

*If you answered "no" as to all of the Defendants in both Questions 2 and 3, but answered "yes" as to any of the Defendants in either Question 5 or 6, please answer Question 8.*

**QUESTION 8:** What are Mr. Russell's damages for pain and suffering, and loss of enjoyment of life?

$ _____

*If you answered "yes" as to any of the Defendants in Questions 3, 5, or 7, please answer Question 9.*

/ / /
/ / /
/ / /

**QUESTION 9:** What are Plaintiffs' damages for the past and future loss of their son?

<u>Patrick Russel</u>:
Past loss         $ _____
Future loss       $ _____

<u>Lynne Russel</u>:
Past loss         $ _____
Future loss       $ _____

*If you answered "yes" as to any of the Defendants in either Questions 2 or 3, please proceed to Question 10.*

*If you answered "no" as to all of the Defendants in both Questions 2 and 3, please proceed to Question 14.*

**QUESTION 10:** Did the County of Orange have inadequate training with respect to handling situations of serious medical needs for individuals in custody?

YES _____     NO _____

*If you answered "yes" to Question 10, please proceed to Question 11.*
*If you answered "no" to Question 10, please proceed to Question 12.*

/ / /
/ / /
/ / /

**QUESTION 11:** Was the County of Orange's failure to train its medical staff employees the moving force behind the injury or harm to Mr. Russell?

YES _____     NO _____

*Please proceed to the next question.*

**QUESTION 12:** Did the County of Orange have an unconstitutional policy, custom or practice?

YES _____     NO _____

*If you answered "yes" to Question 12, please proceed to Question 13.*
*If you answered "no" to Question 12, please proceed to Question 14.*

**QUESTION 13:** Was the County of Orange's unconstitutional policy, custom or practice the moving force behind injury or harm to Mr. Russell?

YES _____     NO _____

*Please proceed to the next question.*

/ / /

/ / /

**QUESTION 14:** Did any of the Defendants act with malice, oppression, or reckless disregard for Mr. Russell's rights?

| | | |
|---|---|---|
| Jocelyn Lumitap | YES _____ | NO _____ |
| Patti Trout | YES _____ | NO _____ |
| Maria Teofilo | YES _____ | NO _____ |
| Thomas Le, D.O. | YES _____ | NO _____ |

*Please sign and date this verdict form and return it to the Court.*

Dated: _____    Signed: _____
                                                        Jury Foreperson