JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patrick Russell, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> County of Orange, et al., <br><br> Defendant(s). | Case No. 8:17-cv-00125-JLS-DFMx <br><br> ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |

On December 9, 2022 a Notice of Settlement was filed (Doc. 133), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed and that this action is removed from the Court's active caseload. The case will not be reopened absent a written showing of good cause filed within 60 days of this order.

The parties shall file a Stipulation of Dismissal no later than February 13, 2023 (the "Dismissal Date"). If no dismissal is filed, the Court deems the matter dismissed at that time.

Until the Dismissal Date, the Court retains full jurisdiction over this action.

Any outstanding Orders to Show Cause are discharged.

IT IS SO ORDERED.

DATED: December 15, 2022

JOSEPHINE L. STATON
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE